FILED

MAR 0 5 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

W20CA175

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Caroline Morgan,
     Plaintiff,

v.

United States Postal Service, (ex-parte),
     Defendant.

DISCRIMINATION & MAIL FRAUD
COMPLAINT

Plaintiff, Caroline Morgan, brings forth this lawsuit against the Defendant, United States Postal Service (USPS) for the unlawful discrimination perpetrated on 6/13/19 ÷ 3/2/20 and for the unlawful mail fraud acts perpetrated 5/20/19 ÷ 6/4/19. The Defendant acted under the circumstances out of bounds of their lawful authority.

1. Plaintiff, Caroline Morgan, acting as pro se litigant is a natural born citizen of the U.S.A. ÷ a resident of the City of Austin, Travis County, State of Texas. Plaintiff's mailing address is 823 S. Congress Ave; Austin, TX 78701 c/o general delivery. This mailing address does not work. The USPS did not deliver all of my mail in 2016 repeatedly ÷ then in 2017 attempted mail fraud for which I have a separate lawsuit against them. This is the only mailing address USPS would allow me to have. In 2017 they attempted to try ÷ say I received a piece of mail for which I never received. Since then this mailing address has been forever compromised.

2. Defendant, USPS, mailing address is 470 L'Enfant Plaza, SW, #604, Washington, DC 20024.

3. This lawsuit is filed ex-parte for fear of my life. I have been incapacitated ÷ attacked inside USPS post office buildings. And on 2/22/20 the Def. attempted to set me up by having someone take my red glove (to use for a crime ÷ then pin it on me) while I was at the USPS post office mailing a court document. In my current lawsuit against the City of Austin, at this same courthouse USAC WATR Waco Div, I have detailed some of USPS' illegal acts against me. I have detailed two in the past 3 civil legal documents I have mailed over the past week. Therefore, the Def. is pissed ÷ has motive to harm me more. I have no protection available to me (see lawsuit against City of Austin filed in this court), so this is filed ex-parte; no service required. The harm is imminent; they have done it in the past; and they have motive.

4. This court has jurisdiction pursuant to 28 U.S.C. 91343 and 18 U.S.C. §1001.

5. Venue is placed in this district to quarantine Plaintiff from non-judicial bias. In 2016 Plaintiff sued the Clerk's Office of the Austin Division ÷ Hon. Sam Sparks. Hon. Sam Sparks subsequently recused himself.

6. In 2015 I filed my first lawsuit ever in my whole life against the FBI to get my FBI record to find out why they were attacking me. (USBC Aus. 1:15-1255-33) Then my USPS mail at court does started to be delayed to me; then they were denied; then they were tampered with. The FBI increased their attacks against me the more legal action I sought. I went to the City hospital for treatment ÷ tests, they took my urine ÷ then refused help. I went to the City police when the FBI chemically burned both my elbows, they refused to help. APD officers Jones #4494 ÷ Castillo #4273 said the FBI is US gov't, and they also work for the US gov't so they would not file a police report. Then officer Jones chuckled ÷ said "but you should get those looked at because they look real bad." I subsequently sued the hospital ÷ the City. Then after the FBI ÷ City's latest attempt to set me up (illegal) "conduct" "exhibition") failed, they came up with a plan for the City to place me under Emergency Detention on 5/30/19 ÷ [illegible] have me illegally mentally diagnosed to create their mental health defense. The Def. USPS was aware or made aware of this. I was only released from the mental hospital on 6/3/19, because it was the same hospital group I already had a lawsuit against ÷ on 6/7/19 I mailed a motion to stay any order of protective custody. This is a very simplified backstory to how ÷ why the Def. discriminated against me ÷ engaged in mail fraud. I have basis for my previous lawsuit against the Def.

7. On 5/20/19 I went to USPS to mail a fed. tort claim against the US Supreme Court, to tell them what the FBI ÷ City were doing to me now ÷ to ensure my blood evidence made it to San Antonio District Court. I tried to get meter postage but the clerk #04 would not let me. So I bought a stamp ÷ the clerk #04 issued me a "No Service Postage" receipt. The Def. had no intention of mailing this. Clerk #04 even agreed that I was being scammed. The Def. knowingly gave me

a house receipt that contained a materially false & fraudulent entry of "no service postage" to deter any doc delivery. The City's Ever. Detention was already in play. I would attach this receipt but don't have postage. It is filed in the City case.

8. On 6/4/19 I went to USPS to mail certificate of service to the hospital of motion to stay order of protective custody to be in court compliance. My defendants - USPS, FBI, City of Austin, etc - did not want this mailed. They wanted an order issued & for all of my lawsuits against them to go away. USPS, the defs., gave me a receipt that had receipt of a package on it. I told Clerk #35 I did not receive a package & to please correct the receipt for me. She would not. I went & looked up the tracking number on the kiosk & it said the package was from Birmingham, Alabama. I went back & the manager was up front. I told her what happened. I had written notes on the receipt. She agreed to fix it but snatched the receipt & tracking information in an ugly way. I was able to tear off 3 notes from receipt #1. The Defs. ~~unlawfully~~ knowingly gave me a false receipt that contained a materially false & fraudulent entry in an attempt to set me up for whatever kind of "criminal charges" were going to be associated with that Birmingham, Alabama package. (USPS 6/4/19 receipt attached as Exhibit A #1 & #1A.)

9. On 6/13/19 I mailed my sister a post card to ask her to hang onto my bags (that contained all of my evidence against the FBI & City & ~~unrelated~~ that the City illegally seized on 5/20/19. I went to USPS & asked for meter postage, so my sister's zip code, 78745, would be on my USPS receipt. I only had enough money for a post card. Clerk #08 said meter postage was not allowed for post cards. Then I asked to buy a post card stamp. Clerk #08 said they were out; that they did have some, but they were in the safe & the manager was out sick. My defendants - USPS, FBI, the City, etc - did not want me to establish contact with my sister & protect my evidence against all of them. The Defs. intentionally discriminated against me to try & stop me from mailing this postcard to my sister. ~~unlawfully~~ ~~discriminated~~ They tried every way they could to deprive me of my freedom of speech & mail this card. (See Exhibit A #2.)

10. Today 3/2/20 I went to USPS to mail my sister a monthly correspondence to continue to watch my bags. I arrived at 9am, printed a bogus tracking ticket to establish the time & proof I arrived there. I mailed that letter shortly after, probably 9:10am. Then I began to work on my second mailing, a legal doc. I was out of the way, as I always am, when at 9:35am postal employee Edna Wilson bway engaged me in the ugliest way. She said "you are not conducting business, you need to leave, I will call the police." I said politely "I did mail a letter." She replied again in an ugly way "you drop the mail in & then you leave." Then she walked away. I got up with my stuff & went to the front counter to ask her name. The 2 male postal employees would not give it to me. I was polite & calm the whole time. I pointed that she was in the back. She heard & came up front after the 2nd or 3rd time. She came out loudly saying her full name, then she said "And I did call the police!" I said politely "I did mail a letter" and she cut me off & said her name loudly again. I went to print a bogus tracking ticket to establish the time I left. She continued to talk loud with the 2 male employees, saying that I was "not allowed to loiter on the building, ~~sitting~~ sitting outside was one thing but not in the building." Black's Law Dictionary defines loitering as "the criminal offense of remaining in a certain place (such as a public street) for no apparent reason." I still had a reason for being there. I had a postage stamp unused, paper & an envelope & I needed to mail a legal doc. The heat is on my defendants right now & they're stressed & they're attempts at creating false set up "criminal charges" of me keep on failing. They all know I put my legal docs together at USPS. There are plenty of people who come in without their package together & put it together there before they mail it. I was intentionally discriminated against because the USPS, defs., doesn't want me writing anymore legal docs about them, nor do my other defs. The FBI rendered me dirt poor a long time ago. I have no money to go sit somewhere & write. And I can't go write a legal doc against the City in one of their libraries because then I'll be continuously knocked out/incapacitated. I stated all of this in a court doc recently, because the police were called out to a USPS on me & when they arrived, I stated I was working on putting something in the mail & they could clearly see I was & they immediately left. It was more of a call to intimidate me. I have a right to put a package together at USPS just like everyone else does. Some of the USPS locations where they can't see me in the lobby, I tell them ~~unlawfully~~ I am out there, so they'll know. The defs denied me the right to freedom of speech today & equal protection of the laws. I was verbally attacked last night & will be again tonight because USPS unlawfully kicked me out/ would not let me put a package together & mail. (3/2/20 USPS bogus tracking tickets attached as Exhibit A #3 & #4)

11. Damages sought are $23,300,000,000.00. I have had thousands of illegal medical acts perpetrated on my body since 5/20/19.

WHEREFORE, Plaintiff prays that judgement be entered in her favor & soon before they kill me.

Dated: 3/2/20

Respectfully submitted,
Caroline Morgan
Caroline Morgan

Setan 006434
Env: want to stay
cert Pro. Letter

VSDL WATX WACO C.Morgan v. USPS (ea-parte)
than discrimination Arbitrary &
before me. I looked up tracked
this this was the person
Castle ES told me to ignore

N. postcard 6/13/19

USPS
Lago Vista

EXHIBIT A
pg 3 of 3

#1

BALCONES
11900 JOLLYVILLE RD
AUSTIN, TX
78759-9998
4804040128

4/19

'77    10:10 AM

              Sale        Final
              Qty         Price

...ta
(Domestic)
(AUSTIN, TX 78701)
(Weight:0 Lb 0.30 Oz)
(Estimated Delivery Date)
(Thursday 06/06/2019)
ffixed        1          ($0.55)
ostage
    (Affixed Amount:$0.55)

tal                      $0.00

or call 1-800-410-7420.
YOUR OPINION COUNTS

l #:  840-57800431-5-2957715-2
rk:  35

Setan Butler
Cash. it Sec. stn
Gave me to ignore
first of first cash

#1A

From first
receipt
this lady made
out before she
cancelled it

She gave me a hard time, then talked
about me after. White female early 50s,
straight thin brown hair to shoulder, glasses,
shorter.

#2

(Domestic)
(AUSTIN, TX 78745)
(Weight:0 Lb 0.10 Oz)
(Estimated Delivery Date)
(Saturday 06/15/2019)

Total                    $0.55
Cash                     $0.60
Change                  ($0.05)

or call 1-800-410-7420.
YOUR OPINION COUNTS

No postcard stamps - can't do
metered postage for post
cards. their excuse is such. They do have
postcards but they are in a safe
that they can't get to.

Bill #:  840-57800859-1-2694367-2
Clerk:  08

White male robust 50s light auburn +
white hair. Big guy

#3

CENTRAL PARK
3507 N LAMAR BLVD
AUSTIN
         TX
78705-9997
4804069563
(800)275-8777

2/2020                   09:00 AM

king Number: 3411346000
ary: The Postal Service could not locate the
king information for your request.
e verify your tracking number and
again later.

arrive

mail as letter
put count doc mail together

service technician called out
to fix lock on rolling cage door
where greeting cards are

#4

CENTRAL PARK
3507 N LAMAR BLVD
AUSTIN
         TX
78705-9997
4804069563
(800)275-8777

03/02/2020         09:28 AM

Tracking Number: 3341110000
Summary: The Postal Service could not locate the
tracking information for your request.
Please verify your tracking number and
try again later.

Elena Wilson Dunphy
told me at 8:35am you were out
conducting business you said
to leave & I will call the police

I said politely, I did mail a letter.
She said you gave the mail in & then
you leave, then she walked again.

I got up I got my stuff, went to the
front counter & asked her name.

The 2 males would not give it to me.

She was by the back, so I pointed
to her. I said she's over by a couple
of times, & every time with its their secretary
I can help you with. I said, she can
assist a people to me & I wanted to get
her name.

Then she came over announcing at loud
I clear & then she calms, she didn't
the police. Latino male, letter carrier
He never said a word I felt capable.

TEXAS CIVIL CASE COVER SHEET

Style:   Caroline Morgan v. United States Postal Service (ex-parte)

1. CONTACT INFORMATION FOR PERSON      Name of Parties in case        Person Completing that
   COMPLETING CASE INFORMATION SHEET
   Name: Caroline Morgan               PLAINTIFF:

   Address: 823 S. Congress Ave        Caroline Morgan               Pro se Plaintiff
            Austin, TX 78701
            yo general delivery
                                       Defendant:
   Phone: not any                      United States Postal Service
   Email: not any                      (ex-parte)

2. INDICATE CASE TYPE

      CIVIL
   Injury or Damage
      ☑ other injury or damage

3. INDICATE PROCEDURE
      ☑ Declatory Judgment

4. INDICATE DAMAGES
      ☑ Over $1,000,000

   3/2/20 Caroline Morgan

# RECEIVED

MAR 0 5 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

C. Morgan
8235. Longview Ave
Austin, TX 78701
c/o general delivery

Clerk's Office USDC WNTX Waco
800 Franklin Ave., Room 380
Waco, TX 76701

76701-192200

AUSTIN TX 787
RIO GRANDE DISTRIC
05 MAR 2020 PM 5 L

FOREVER
USA

